TOMLINSON v. CAMEL CITY MOTORS

No. 93PA91

Case below: 101 N.C.App. 419

Petition by defendant (Lawyers Surety Corporation) for discretionary review pursuant to G.S. 7A-31 allowed 3 April 1991.

WARD v. ROY H. PARK BROADCASTING CO.

No. 127P91

Case below: 101 N.C.App. 576

Motion by defendants to dismiss appeal by plaintiff for lack of substantial constitutional question allowed 3 April 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

WON, INC. v. FIDELITY SERVICE CORP.

No. 314P90

Case below: 98 N.C.App. 700

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

PETITION TO REHEAR

SMITH v. NATIONWIDE MUTUAL INS. CO.

No. 130A90

Case below: 328 N.C. 139

Petition by defendant to rehear pursuant to Appellate Rule 31 denied 3 April 1991.